# EXHIBIT A

**EMSEAL V. SCHUL ET AL., USDC-NH (CA 1:14-CV-00358-SM)**

**Plaintiff's EXHIBIT A**

**Of Joint Claim Construction and Prehearing Statement**

**Originally Proposed Terms for Construction**

| Plaintiff's | Defendants' |
|---|---|
| 1. infused | 1. configured to pass testing mandated by UL 2079 |
| 2. starting density | 2. configured to pass movement cycling and fire endurance testing mandated by UL 2079 |
| 3. after compression / when compressed | 3. foam |
| 4. after installation / when installed | 4. core |
| 5. withstanding exposure / withstand exposure | 5. infused |
| 6. maintain fire resistance | 6. included in |
| 7. pass testing mandated by UL 2079 / pass UL 2079 testing | 7. put into |
| 8. profile to facilitate compression and expansion | 8. permeated in |
| 9. angled around a corner | 9. after installation / when installed |
| 10. core | 10. expansion joint system and infused foam are |
| | 11. uncompressed / compressed |
| | 12. about 130 kg/m$^3$ to about 150 kg/m$^3$ |
| | 13. fire retardant material / fire retardant |
| | 14. capable of withstanding / ability to withstand |
| | 15. a temperature of about 540$^{\circ}$C. at about 5 minutes |
| | 16. a temperature of about 540$^{\circ}$C. or greater for about 5 minutes |
| | 17. a temperature of about 1010$^{\circ}$C at about two hours |

**Agreed Upon Terms and Proposed Construction**

| | Term / Phrase / Clause | Proposed Construction |
|---|---|---|
| 1. | after installation / when installed | after placement between two substrates / when placed between two substrates |
| 2. | angled around a corner | change in direction at an angle in either a horizontal plane, a vertical plane, or a combination thereof |
| 3. | profile to facilitate compression and expansion | an outline of an object or structure which permits compression and expansion |
| 4. | starting density | density (density = mass / volume) prior to being pressed into less volume |
| 5. | compression | being pressed into less volume |
| 6. | uncompressed | the absence of being pressed into less volume |
| 7. | when compressed | when being pressed into less volume |

**Plaintiff's Support for Agreed Upon Proposed Construction**

| | Term (Asserted Claims) | Construction | Intrinsic Evidence / Extrinsic Evidence |
|---|---|---|---|
| | | **Agreed upon Terms / Portions of Terms** | |
| 1.<br><br>(Pl. #4; Df. #9) | after installation / when installed<br><br>**Claims**<br><br>8,739,495 C1<br>I1, I25, I33, I38, I41, I42<br><br>9,528,262 B2<br>I1, I13, I24, I33<br><br>9,644,368 B1<br>I1, I8, D13, I15<br><br>9,670,666 B1<br>I1<br><br>9,637,915 B1<br>I1, I36 | after placement between two substrates / when placed between two substrates | Patents-in-suit:<br>8,739,495C1 3:37-59, 4:24-39, 6:40-55, and FIGS. 1-3; 9,528,262B2 3:45-67, 4:36-52, 6:54 to 7:3, and FIGS. 1-3; 9,644,368B1 3:47 to 4:2, 4:36-52, 6:54 to 7:3, and FIGS. 1-3; 9,670,666B1 3:22-56, 4:32-50, 8:58 to 9:11, and FIGS. 1-5; and 9,637,915B1 2:47-62, 5:15-23, 6:57-64, 8:17-50, 11:45-65 and FIGS. 3, 6, and 8-12.<br><br>Prosecution History:<br>Patent Owner's Response to Petitions for Post-Grant Review of 9,528,262B2, dated January 10, 2018, pages 63-66 (Exhibit K); PTO Decision to Institute Post-Grant Review of 9,528,262B2, dated April 9, 2018, pages 13-20 (Exhibit L); and |

|  |  |  | Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 53-61 (Exhibit M). |
|---|---|---|---|
| 2.<br><br>(Pl. #9) | angled around a corner<br><br>9,637,915 B1<br>I1, D9, D11, I36 | change in direction at an angle in either a horizontal plane, a vertical plane, or a combination thereof | Patents-in-suit:<br>9,637,915B1 2:26-62, 3:57-66, 6:20-35, 6:57 to 7:11, FIGS. 1, and 5 to 7. |
| 3.<br><br>(Pl. #8) | profile to facilitate compression and expansion<br><br>**Claims**<br><br>8,739,495 C1<br>I1, I25, I38, I42 | an outline of an object or structure which permits compression and expansion | Patents-in-suit:<br>8,739,495C1 5:30-34.<br>9,528,262B2 5:44-48.<br>9,644,368B1 5:44-48.<br>9,670,666B1 6:18-22.<br>9,637,915B1 5:64 to 6:3.<br><br>Dictionaries:<br>The American Heritage® Dictionary of the English Language, Fourth Edition, ISBN-13: 978-0-618-70172-8, © 2009, 2006, 2000 Houghton Mifflin Harcourt, p. 1400, 633 (Exhibit Y); and<br>Merriam-Webster's Dictionary And Thesaurus, © 2007, ISBN-13: 978-0-87779-640-4, p. 640, 288 (Exhibit Z). |
| 4.<br><br>(Pl. #2) | starting density<br><br>**Claims**<br><br>8,739,495 C1<br>I1, I25, I33, I38, I41, I42 | density (density = mass / volume) prior to being pressed into less volume | Patents-in-suit:<br>8,739,495C1 4:51-56 and 6:40-46;<br>9,528,262B2 4:64 to 5:3, and 6:54-60;<br>9,644,368B1 4:64 to 5:3, and 6:54-60;<br>9,670,666B1 5:24-35 and 8:58-67; and<br>9,637,915B1 4:58 to 5:2, and 11:45-65. |

| 5. (Part of Pl.# 3 & 8) | compression<br><br>**Claims**<br><br><u>8,739,495 C1</u><br>I1, I25, I33, I38, I41, I42<br><br><u>9,644,368 B1</u><br>D3, D7<br><br><u>9,670,666 B1</u><br>I1, I26, I38, I42, D43, I52 | being pressed into less volume | <u>Patents-in-suit:</u><br>8,739,495C1 3:19-22, 37-59, 4:33-39, 6:40-55, and FIGS. 1-3; 9,528,262B2 3:26-28, 36-67, 4:46-52, 6:54 to 7:3, and FIGS. 1-3; 9,644,368B1 3:28-31, 3:47 to 4:2, 4:46-52, 6:54 to 7:3, and FIGS. 1-3; 9,670,666B1 3:22-56, 4:41-50, 8:58 to 9:11, and FIGS. 1-5; and 9,637,915B1 2:47-62, 5:15-23, 11:45-65 and FIGS. 3, 6, and 8-12.<br><br><u>Prosecution History:</u><br>Patent Owner's Response to Petitions for Post-Grant Review of 9,528,262B2, dated January 10, 2018, pages 63-66 (Exhibit K); PTO Decision to Institute Post-Grant Review of 9,528,262B2, dated April 9, 2018, pages 13-20 (Exhibit L); and Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 53-61 (Exhibit M)<br><br><u>Dictionaries:</u><br>The American Heritage® Dictionary of the English Language, Fourth Edition, ISBN-13: 978-0-618-70172-8, Copyright © 2009, 2006, 2000 Houghton Mifflin Harcourt, p. 379 (Exhibit N); and Merriam-Webster's Dictionary And Thesaurus, © 2007, ISBN-13: 978-0-87779-640-4, p. 156 (Exhibit O). |
| 6. (Part of Df. #11) | uncompressed<br><br>**Claims** | the absence of being pressed into less volume | <u>Patents-in-suit:</u><br>8,739,495C1 3:19-22, 37-59, 4:33-39, 6:40-55, and FIGS. 1-3; 9,528,262B2 3:26-28, 36-67, 4:46-52, 6:54 to 7:3, and FIGS. 1-3; 9,644,368B1 3:28-31, 3:47 to 4:2, 4:46-52, 6:54 to 7:3, and FIGS. 1- |

| | | | |
|---|---|---|---|
| | 8,739,495 C1<br>I1, I25, I33, I38, I41, I42<br><br>9,528,262 B2<br>D2, D14, D28, D37<br><br>9,644,368 B1<br>D2, D9<br><br>9,670,666 B1<br>D12, D32, D44<br><br>9,637,915 B1<br>D17, D25, D35, D40 | | 3;<br>9,670,666B1 3:22-56, 4:41-50, 8:58 to 9:11, and FIGS. 1-5; and 9,637,915B1 2:47-62, 5:15-23, 11:45-65 and FIGS. 3, 6, and 8-12.<br><br>Prosecution History:<br>Patent Owner's Response to Petitions for Post-Grant Review of 9,528,262B2, dated January 10, 2018, pages 63-66 (Exhibit K); PTO Decision to Institute Post-Grant Review of 9,528,262B2, dated April 9, 2018, pages 13-20 (Exhibit L); and Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 53-61 (Exhibit M)<br><br>Dictionaries:<br>The American Heritage® Dictionary of the English Language, Fourth Edition, ISBN-13: 978-0-618-70172-8, Copyright © 2009, 2006, 2000 Houghton Mifflin Harcourt, p. 379 (Exhibit N); and Merriam-Webster's Dictionary And Thesaurus, © 2007, ISBN-13: 978-0-87779-640-4, p. 156 (Exhibit O). |
| 7.<br><br>(Part of Pl. #3, part of Df. #11) | when compressed<br><br>**Claims**<br><br>9,670,666 B1<br>I1, I26, I38, I42, I52<br><br>"compressed"<br>9,637,915 B1<br>I1, I26, I36 | when being pressed into less volume | Patents-in-suit:<br>8,739,495C1 3:19-22, 37-59, 4:33-39, 6:40-55, and FIGS. 1-3; 9,528,262B2 3:26-28, 36-67, 4:46-52, 6:54 to 7:3, and FIGS. 1-3; 9,644,368B1 3:28-31, 3:47 to 4:2, 4:46-52, 6:54 to 7:3, and FIGS. 1-3; 9,670,666B1 3:22-56, 4:41-50, 8:58 to 9:11, and FIGS. 1-5; and 9,637,915B1 2:47-62, 5:15-23, 11:45-65, and FIGS. 3, 6, and 8-12.<br><br>Prosecution History: |

| | | | Patent Owner's Response to Petitions for Post-Grant Review of 9,528,262B2, dated January 10, 2018, pages 63-66 (Exhibit K); PTO Decision to Institute Post-Grant Review of 9,528,262B2, dated April 9, 2018, pages 13-20 (Exhibit L); and Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 53-61 (Exhibit M)<br><br>Dictionaries:<br>The American Heritage® Dictionary of the English Language, Fourth Edition, ISBN-13: 978-0-618-70172-8, Copyright © 2009, 2006, 2000 Houghton Mifflin Harcourt, p. 379 (Exhibit N); and Merriam-Webster's Dictionary And Thesaurus, © 2007, ISBN-13: 978-0-87779-640-4, p. 156 (Exhibit O). |
|---|---|---|---|

**Plaintiff's List of Disputed Terms and Proposed Construction**

| | List of Disputed Term / Phrase / Clause |
|---|---|
| 1. | "core" |
| 2. | "foam" |
| 3. | "after compression" |
| 4. | "capable of withstanding exposure" / "ability to withstand exposure" |
| 5. | "pass UL2079 testing" / "pass testing mandated by UL2079" |
| 6. | "maintain fire resistance" |
| 7. | "configured to pass testing mandated by UL 2079" / "configured to pass movement cycling and fire endurance testing mandated by UL 2079" |
| 8. | "expansion joint system and the infused foam are" |
| 9. | "fire retardant material" / "fire retardant" |
| 10. | "infused" |
| 11. | "included in" |
| 12. | "put into" |
| 13. | "permeated in" |
| 14. | "about 130 kg/m$^3$ to about 150 kg/m$^3$" |
| 15. | "a temperature of about 540$^o$C at about 5 minutes" |
| 16. | "a temperature of about 540$^o$C or greater for about 5 minutes" |
| 17. | "a temperature of about 1010$^o$C at about two hours" |

**Plaintiff's Constructions for Disputed Terms**

| | Disputed Term (Asserted Claims) | Plaintiff's Construction and Evidence | Defendant's Construction and Evidence | Court's Construction |
|---|---|---|---|---|
| 1. (Pl. #10, Df. #4) | core **Claims** 9,670,666 B1 I1; D2; D3; D5; D6; D7; D8; D12; D13; D15; D16; D17; D18; I26; D27; D28; D30; D31; D32; I38; D40; D41; I42; D43; D44; D45; D50; I52; D53; D54 | material capable of compression and expansion to accommodate movement and to provide a recovery or return force ("back pressure") **Intrinsic Evidence / Extrinsic Evidence** Patents-in-suit: 9,670,666B1 1:24-34, 3:22-56, 4:9-14 and 41-64, 4:65 to 5:15, 9:19-27, and FIGS. 1 to 5; and | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 9,637,915 B1<br>I1; D2; D3; D4; D6;<br>D7; D10; D12;<br>D13; D14; D15;<br>D16; D17; D19;<br>D23; D25; I26;<br>D27; D28; D29;<br>D30; D31; D34;<br>D35; I36; D37;<br>D38; D40 | 9,637,915B1 1:36-41,<br>2:26-62, 3:46-56, 3:41 to<br>4:49, and FIGS. 1 to 12. |  |  |
| 2.<br><br>(Df.<br>#3) | foam<br><br><br>**Claims**<br><br>8,739,495 C1<br>I1, D2, D6, D9,<br>D12, D13, D16,<br>D19, D20, D24,<br>I25, D26, D28, I33,<br>D35, D37, I38,<br>D39, D40, I41, I42,<br>D43, D44<br><br>9,528,262 B2<br>I1, D2, D7-D9, I13,<br>D14, D16-D18,I24,<br>D28-D31, I33,<br>D37-D40<br><br>9,644,368 B1<br>I1, D2, D3, D7, I8,<br>D9, D10, D14, I15<br><br>9,670,666 B1<br>D15, D16<br><br>9,637,915 B1<br>D4-D6, D28 | cellular material capable<br>of compression and<br>expansion to<br>accommodate movement<br>and to provide a recovery<br>or return force ("back<br>pressure")<br><br><br>**Intrinsic Evidence /<br>Extrinsic Evidence**<br><br>Patents-in-suit:<br>8,739,495C1 1:24-43,<br>3:19-59, 3:60 to 4:11,<br>4:33-50, 6:62 to 7:10, and<br>FIGS. 1 to 3;<br>9,528,262B2 1:29-48,<br>3:26-67, 4:1-5, 4:14-20,<br>4:46-64, 7:4-25, and<br>FIGS. 1 to 3;<br>9,644,368B1 1:30-49,<br>3:28-60, 3:61 to 4:2, 4:3-<br>8, 4:16-21, 4:46-64, 7:4-<br>25, and FIGS. 1 to 3;<br>9,670,666B1 1:24-43,<br>3:22-56, 4:9-14 and 41-64,<br>4:65 to 5:15, 9:19-27, and<br>FIGS. 1 to 5; and<br>9,637,915B1 1:36-41,<br>2:26-62, 3:46-56, 3:41 to<br>4:49, and FIGS. 1 to 12. |  |  |
| 3. | after compression | after being pressed into |  |  |

| | | | | |
|---|---|---|---|---|
| | | less volume | | |
| (Part of Pl. #3) | **Claims**<br><br>8,739,495 C1<br>I1; I25; I33; I38; I41; I42<br><br>9,644,368 B1<br>D3; D7<br><br>9,670,666 B1<br>I1; I26; I38; I42; D43; I52 | **Intrinsic Evidence / Extrinsic Evidence**<br><br>Patents-in-suit:<br>8,739,495C1 3:19-22, 37-59, 4:33-39, 6:40-55, and FIGS. 1-3;<br>9,528,262B2 3:26-28, 36-67, 4:46-52, 6:54 to 7:3, and FIGS. 1-3;<br>9,644,368B1 3:28-31, 3:47 to 4:2, 4:46-52, 6:54 to 7:3, and FIGS. 1-3;<br>9,670,666B1 3:22-56, 4:41-50, 8:58 to 9:11, and FIGS. 1-5; and<br>9,637,915B1 2:47-62, 5:15-23, 11:45-65 and FIGS. 3, 6, and 8-12.<br><br>Prosecution History:<br>Patent Owner's Response to Petition for Post-Grant Review of 9,528,262B2, dated January 10, 2018, pages 63-66 (Exhibit K);<br>PTO Decision to Institute Post-Grant Review of 9,528,262B2, dated April 9, 2018, pages 13-20 (Exhibit L); and<br>Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 53-61 (Exhibit M).<br><br>Dictionaries:<br>The American Heritage® Dictionary of the English Language, Fourth Edition, ISBN-13: 978-0-618-70172-8, Copyright © | | |

| | | | | |
|---|---|---|---|---|
| | | 2009, 2006, 2000 Houghton Mifflin Harcourt, p. 379.  (Exhibit N); and Merriam-Webster's Dictionary And Thesaurus, © 2007, ISBN-13: 978-0-87779-640-4, p. 156.  (Exhibit O). | | |
| 4.<br><br>(Pl. #5, part of Df. #14) | capable of withstanding exposure / ability to withstand exposure<br><br>**Claims**<br><br>8,739,495 C1<br>I1; D21; D22; D23; I25; I33; I38; D39; D40; I41; I42; D43; D44<br><br>9,528,262 B2<br>I1; D4; D5; D6; D11; D12; I13; D15; D20; D21; D22; D23; I24; D25; D26; D27; I33; D34; D35; D36; D42; D43<br><br>9,644,368 B1<br>I1; D4; D5<br><br>9,670,666 B1<br>I1; D21; D22; D23; D24; D25; I26; D34; D35; D36; D37; I38; D56; D57; D58; D59<br><br>9,637,915 B1 | capable of resisting or enduring exposure to meet or pass a requirement / ability to resist or endure exposure to meet or pass a requirement<br><br>**Intrinsic Evidence / Extrinsic Evidence**<br><br>Patents-in-suit:<br>8,739,495C1 6:40-55; 9,528,262B2 6:54 to 7:3; 9,644,368B1 6:54 to 7:3; 9,670,666B1 8:58 to 9:11; and 9,637,915B1 11:45-65.<br><br>Prosecution History:<br>Reexam of related 8,813,450 B1 (90/013,511), October 23, 2015 Office Action, pages 3-6 (Exhibit P); Patent Owner's Response to Petition for Post-Grant Review of 9,528,262B2, dated January 10, 2018, pages 15-22, 29-33, 66-69, 69-72 (Exhibit K); PTO Decision to Institute Post-Grant Review of 9,528,262B2, dated April 9, 2018, pages 32-43 (Exhibit L); and | | |

| | | | | |
|---|---|---|---|---|
| | D20; D21; D22; D32; D33; D38 | Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 16-22, 28-31, 61-64, and 68-72 (Exhibit M).<br><br>Technical Documentation: UL 2079 (2008) standard, titled "Tests for Fire Resistance of Building Joint Systems," 4th edition, with revisions thru June 30, 2008, Sections 16.5 and 23 (Exhibit Q).<br><br>Dictionaries: Merriam-Webster's Dictionary And Thesaurus, © 2007, ISBN-13: 978-0-87779-640-4, p. 927, (Exhibit R); and The American Heritage® Dictionary of the English Language, Fourth Edition, ISBN-13: 978-0-618-70172-8, Copyright © 2009, 2006, 2000 Houghton Mifflin Harcourt, p. 1976 (Exhibit S).<br><br>Expert: Overview of fire endurance testing and what it means to "withstand exposure" to time-temperature curve of UL 2079 Industry Experts – Dr. Vytenis Babrauskas, Ph.D. of Fire Science and Technology Inc. (C.V. Exhibit W) | | |

| | | | |
|---|---|---|---|
| 5.<br><br>(Pl. #7, part of Df. #1) | pass UL 2079 testing / pass testing mandated by UL 2079<br><br>**Claims**<br><br><u>8,739,495 C1</u><br>I1; I25; I33; I38; I41; I42<br><br><u>9,528,262 B2</u><br>I1; D4; D5; D6; D11; D12; I13; D15;<br>D20; D21; D22; D23; I24; D25; D26;<br>D27; I33; D34; D35; D36; D42; D43<br><br><u>9,644,368 B1</u><br>I1; D4; D5; I8; D11; D12; I15; D16; D17<br><br><u>9,670,666 B1</u><br>I1; D21; D22; D23; D24; D25; I26; D34; D35; D36; D37; I38; I42; D46; D47; D48; D49; D50; I52; D56; D57; D58; D59<br><br><u>9,637,915 B1</u><br>I1; I26; I36 | perform in accordance with UL2079, which includes cycling through an intended range of movement and after, meeting conditions for acceptance of a fire endurance test<br><br>**Intrinsic Evidence / Extrinsic Evidence**<br><br><u>Patents-in-suit:</u><br>8,739,495C1 6:40-55; 9,528,262B2 6:54 to 7:3; 9,644,368B1 6:54 to 7:3; 9,670,666B1 8:58 to 9:11; and 9,637,915B1 11:45-65.<br><br><u>Prosecution History:</u><br>Reexam of related 8,813,450 B1 (90/013,511), October 23, 2015 Office Action, pages 3-6 (Exhibit P); Patent Owner's Response to Petition for Post-Grant Review of 9,528,262B2, dated January 10, 2018, pages 15-22, 34-42, and 43-57 (Exhibit K); PTO Decision to Institute Post-Grant Review of 9,528,262B2, dated April 9, 2018, pages 20-28 (Exhibit L); and Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 16-22, 31-35, 36-47, and 64-68 (Exhibit M).<br><br><u>Technical Documentation:</u><br>UL 2079 (2008), Sections | | |

| | | | | |
|---|---|---|---|---|
| | | 9, 11, 16.5 and 23. (Exhibit Q).<br><br>Patent Documents:<br>9,803,357B1 3:5-15, 3:65 to 4:2, 18:5-15 (Exhibit D); and<br>US 2018/0148922A1 [0044], [0047] (Exhibit V).<br><br>Experts:<br>Overview of fire endurance testing and what it means to perform acceptability under UL 2079, and "to pass" UL 2079<br>Industry Experts – Dr. Vytenis Babrauskas, Ph.D. of Fire Science and Technology Inc. (C.V. Exhibit W); and Dale R. Wheeler, P.E. of Systech Fire Protection LLC (C.V. Exhibit X);<br>Inventors – Bill Witherspoon and Lester Hensley, both of EMSEAL. | | |
| 6.<br><br>(Pl. #6) | maintain fire resistance<br><br><br>**Claims**<br><br>9,644,368 B1<br>I8; D11; D12; I15; D16; D17<br><br>9,670,666 B1<br>I42; D46; D47; D48; D49; I52 | keep / continue inhibiting the spread of fire and heat<br><br>**Intrinsic Evidence / Extrinsic Evidence**<br><br>Patents-in-suit:<br>8,739,495C1 3:17-18, 6:40-55;<br>9,528,262B2 3:24-25, 6:54 to 7:3;<br>9,644,368B1 3:26-27, 6:54 to 7:3;<br>9,670,666B1 3:20-21, 8:58 to 9:11; and<br>9,637,915B1 11:45-65. | | |

| | | Prosecution History: Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 61-64, 68-72, and 72-74 (Exhibit M).

Technical Documentation: UL 2079 (2008), Sections 11, 16.5 and 23.  (Exhibit Q).

Dictionaries: Merriam-Webster's Dictionary And Thesaurus, © 2007, ISBN-13: 978-0-87779-640-4, p. 490 (Exhibit T); and The American Heritage® Dictionary of the English Language, Fourth Edition, ISBN-13: 978-0-618-70172-8, Copyright © 2009, 2006, 2000 Houghton Mifflin Harcourt, p. 1055 (Exhibit U).

Expert: Overview of fire endurance testing and what it means to perform acceptability under UL 2079, and "to pass" UL 2079 Industry Experts –  Dr. Vytenis Babrauskas, Ph.D. of Fire Science and Technology Inc. (C.V. Exhibit W). | | |
|---|---|---|---|---|
| 7. | configured to pass testing mandated by UL 2079 / | made to perform in accordance with UL2079, which includes cycling | | |

| | | | |
|---|---|---|---|
| (Part of Pl. #7, Df. #1 and #2) | configured to pass movement cycling and fire endurance testing mandated by UL 2079<br><br>**Claims**<br><br><u>8,739,495 C1</u><br>I1; I25; I33; I38; I41; I42<br><br><u>9,528,262 B2</u><br>I1; D4; D5; D6; D11; D12; I13; D15; D20; D21; D22; D23; I24; D25; D26; D27; I33; D34; D35; D36; D42; D43<br><br><u>9,644,368 B1</u><br>I1; D4; D5; I8; D11; D12; I15; D16; D17<br><br><u>9,670,666 B1</u><br>I1; D21; D22; D23; D24; D25; I26; D34; D35; D36; D37; I38; I42; D46; D47; D48; D49; D50; I52; D56; D57; D58; D59<br><br><u>9,637,915 B1</u><br>I1; I26; | through an intended range of movement and after, meeting conditions for acceptance of a fire endurance test<br><br>**<u>Intrinsic Evidence / Extrinsic Evidence</u>**<br><br><u>Patents-in-suit:</u><br>8,739,495C1 6:40-55;<br>9,528,262B2 6:54 to 7:3;<br>9,644,368B1 6:54 to 7:3;<br>9,670,666B1 8:58 to 9:11; and<br>9,637,915B1 11:45-65.<br><br><u>Prosecution History:</u><br>Reexam of related 8,813,450 B1 (90/013,511), October 23, 2015 Office Action, pages 3-6 (Exhibit P);<br>Patent Owner's Response to Petition for Post-Grant Review of 9,528,262B2, dated January 10, 2018, pages 15-22, 34-42, and 43-57 (Exhibit K);<br>PTO Decision to Institute Post-Grant Review of 9,528,262B2, dated April 9, 2018, pages 20-28 (Exhibit L); and<br>Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 16-22, 31-35, 36-47, and 64-68 (Exhibit M).<br><br><br>Technical Documentation:<br>UL 2079 (2008), Sections 9, 11, 16.5 and 23 (Exhibit | | |

| | | | | |
|---|---|---|---|---|
| | | Q).<br><br>Patent Documents:<br>9,803,357B1 3:5-15, 3:65 to 4:2, 18:5-15 (Exhibit D); and<br>US 2018/0148922A1 [0044], [0047] (Exhibit V).<br><br>Experts:<br>Overview of fire endurance testing and what it means to perform acceptability under UL 2079, and "to pass" UL 2079<br>Industry Experts – Dr. Vytenis Babrauskas, Ph.D. of Fire Science and Technology Inc. (C.V. Exhibit W); and Dale R. Wheeler, P.E. of Systech Fire Protection LLC (C.V. Exhibit X);<br>Inventors – Bill Witherspoon and Lester Hensley, both of EMSEAL. | | |
| 8.<br><br>(Part of Df. #10) | expansion joint system and the infused foam are<br><br>**Claims**<br><br>8,739,495 C1 I1, I25, I33, I38, I41, I42 | expansion joint system including infused foam are,<br><br>**Intrinsic Evidence / Extrinsic Evidence**<br><br>Patents-in-suit:<br>8,739,495C1 1:24-43, 3:19-59, 3:60 to 4:11, 4:33-50, 6:40-55, 6:62 to 7:10, and FIGS. 1 to 3; 9,528,262B2 1:29-48, 3:26-67, 4:1-5, 4:14-20, 4:46-64, 6:54 to 7:3, 7:4- | | |

| | | | | |
|---|---|---|---|---|
| | | 25, and FIGS. 1 to 3; 9,644,368B1 1:30-49, 3:28-60, 3:61 to 4:2, 4:3-8, 4:16-21, 4:46-64, 6:54 to 7:3, 7:4-25, and FIGS. 1 to 3; 9,670,666B1 1:24-43, 3:22-56, 4:9-14 and 41-64, 4:65 to 5:15, 8:58 to 9:11, 9:19-27, and FIGS. 1 to 5; and 9,637,915B1 1:36-41, 2:26-62, 3:46-56, 3:41 to 4:49, 11:45-65, and FIGS. 1 to 12.<br><br>Prosecution History:<br>Patent Owner's Response to Petition for Post-Grant Review of 9,528,262B2, dated January 10, 2018, pages 15-20, 43-57, 61-63 (Exhibit K); PTO Decision to Institute Post-Grant Review of 9,528,262B2, dated April 9, 2018, pages 20-28 (Exhibit L); and Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 16-22, 31-35, 36-47 and 64-68 (Exhibit M). | | |
| 9.<br><br>(Df. #13) | fire retardant material / fire retardant<br><br>**Claims**<br><br><br>8,739,495 C1<br>I1, D9, D16, D19, D20, D24, I25, | a material that inhibits the spread of fire<br><br><br>**Intrinsic Evidence / Extrinsic Evidence**<br><br><br>Patents-in-suit:<br>8,739,495C1 3:17-18, 4:35-39, 4:57-67; | | |

| | | | |
|---|---|---|---|
| D26, I33, D35, D37, I38, I41, I42<br><br><br>9,528,262 B2<br>I1, D7-D9, I13, D16-D18, I24, D29-D31, I33, D38-D40<br><br>9,644,368 B1<br>I1, I8, D9, D10, D14, I15<br><br>9,670,666<br>I1, D2, D3, D6, D18, I26, D27, D28, D31, I38, D40, D41, I42, D43, D44, D45, D50, I52, D53, D54<br><br>9,637,915 B1<br>I1, D2, D14, D15, D16, D23, D25, I26, D30, D31, D34, D35, I36, D38, D40 | 9,528,262B2 3:24-25, 4:48-52, 5:4-14; 9,644,368B1 3:26-27, 4:48-52, 5:4-14; 9,670,666B1 3:20-21, 4:43-50, 5:16-23, 5:36-48; and 9,637,915B1 4:5-7, 4:50-57, 5:2-15. | | |

| 10. | infused | put into, impregnate | | |
|---|---|---|---|---|
| (Pl. #1, Df. #5) | **Claims**<br><br>8,739,495 C1<br>I1; D9; D16; D19; D20; D24; I25; D26; I33; D35; D37; I38; D39; D40; I41; I42; D43; D44<br><br>9,644,368 B1<br>I1; D3; D7<br><br>9,670,666 B1<br>I1; D2; D5; D6; D18; I26; D27; D30; D31; I38<br><br>9,637,915 B1<br>I1; D2; D14; D16; D23; D25; I26; D29; D30; D34; D35; I36; D38; D40 | **Intrinsic Evidence / Extrinsic Evidence**<br><br>Patents-in-suit:<br>8,739,495C1 4:33-39 and 51-56, and FIGS. 1, 1A;<br>9,528,262B2 4:46-52 and 4:64 to 5:3, and FIGS. 1, 1A;<br>9,644,368B1 4:46-52 and 4:64 to 5:3, and FIGS. 1, 1A;<br>9,670,666B1 4:41-50 and 5:24-35, and FIGS. 1, 1A; and<br>9,637,915B1 4:5-20, 50-54, and 4:58 to 5:5, 10:26-35, and FIGS. 2, 2A<br><br>Translation issue due to inference in foreign language:<br>Email correspondence from L. Hensley to D. O'Hayer et al., dated 02 Nov 2004 including Nov 2004 SeismicColorseal TechData Sheet (Exhibit F);<br>2005 Powerpoint Presentation to Potential Chinese Customers and translation attachment (Exhibit G); and<br>Email correspondence from B. Moussallieh (EMSEAL International Project Manager) and Translator H. Chicoine, dated May 26, 2015 (Exhibit H). | | |

Dictionaries:
The American Heritage®
Dictionary of the English
Language, Fourth Edition,
ISBN-13: 978-0-618-
70172-8, © 2009, 2006,
2000 Houghton Mifflin
Harcourt, p. 900.  (Exhibit
I); and
Merriam-Webster's
Dictionary And
Thesaurus, © 2007, ISBN-
13: 978-0-87779-640-4, p.
424.  (Exhibit J).

Patent Documents:
US 2,964,424 1:40 to 4:64
(Exhibit A);
US 5,130,176 3:56-4:29
(Exhibit B);
US 5,935,695 2:31-3:12
(Exhibit C);
US 9,803,357B1 3:44-58,
4:12-15, 5:60-65 (Exhibit
D); and
US 2018/0106001A1
[0056] to [0059] (Exhibit
E).

Experts:
Overview of construction
of fire-rated expansion
joint systems that perform
acceptability under/pass
UL 2079 testing;
including method of
infusion, impregnation
and otherwise introducing
fire retardant materials to
such systems.

Industry Experts –  Dr.
Vytenis Babrauskas, Ph.D.
of Fire Science and
Technology Inc. (C.V.
Exhibit W)

|  |  | Inventor –Lester Hensley, of EMSEAL. |  |  |
|---|---|---|---|---|
| 11.<br><br>(Df. #6) | included in<br><br>**Claims**<br><br>9,528,262 B2<br>I1, D7, D8, D9, I13, D16, D17, D18, I24, D29, D30, D31, I33, D38, D39, D40 | having been taken into or placed into<br><br>**Intrinsic Evidence / Extrinsic Evidence**<br><br>Dictionaries:<br>The American Heritage® Dictionary of the English Language, Fourth Edition, ISBN-13: 978-0-618-70172-8, © 2009, 2006, 2000 Houghton Mifflin Harcourt, p. 887 (Exhibit AA); and Merriam-Webster's Dictionary And Thesaurus, © 2007, ISBN-13: 978-0-87779-640-4, p. 414  (Exhibit BB). |  |  |
| 12.<br><br>(Df. #7) | put into<br><br>**Claims**<br><br>9,644,368 B1<br>I8, I15 | placed into<br><br>**Intrinsic Evidence / Extrinsic Evidence**<br><br>Dictionaries:<br>The American Heritage® Dictionary of the English Language, Fourth Edition, ISBN-13: 978-0-618-70172-8, © 2009, 2006, 2000 Houghton Mifflin Harcourt, p. 1425 (Exhibit CC); and Merriam-Webster's Dictionary And Thesaurus, © 2007, ISBN-13: 978-0-87779-640-4, p. 652  (Exhibit DD). |  |  |

| | | | | |
|---|---|---|---|---|
| 13.<br><br>(Df. #8) | permeated in<br><br>**Claims**<br><br>9,670,666 B1<br>I42, I52 | put into, impregnate<br><br>**Intrinsic Evidence /<br>Extrinsic Evidence**<br><br>Dictionaries:<br>The American Heritage®<br>Dictionary of the English<br>Language, Fourth Edition,<br>ISBN-13: 978-0-618-<br>70172-8, © 2009, 2006,<br>2000 Houghton Mifflin<br>Harcourt, p. 1309 (Exhibit<br>EE); and<br>Merriam-Webster's<br>Dictionary And<br>Thesaurus, © 2007, ISBN-<br>13: 978-0-87779-640-4, p.<br>599 (Exhibit FF). | | |
| 14.<br><br>(Df. #12) | about 130 kg/m$^3$ to<br>about 150 kg/m$^3$<br><br>**Claims**<br><br>8,739,495 C1<br>I1, I25, I33, I38,<br>I41, I42<br><br>9,528,262 B2<br>D2, D14, D28, D37<br><br>9,644,368 B1<br>D2, D9<br><br>9,670,666 B1<br>D44 | approximately 130 kg/m$^3$<br>to approximately 150<br>kg/m$^3$<br><br>**Intrinsic Evidence /<br>Extrinsic Evidence**<br><br>Patents-in-suit:<br>8,739,495C1 4:51-56,<br>6:43-45;<br>9,528,262B2 4:64 to 5:3,<br>6:57-59;<br>9,644,368B1 4:64 to 5:3,<br>6:57-59;<br>9,670,666B1 5:24-35,<br>8:62-65; and<br>9,637,915B1 4:58 to 5:2,<br>11:48-52.<br><br>Other Authority:<br>Patent Claim Construction<br>in the Federal Circuit,<br>2018 Edition, pages 1357-<br>1360 (Exhibit HH). | | |

| | | | |
|---|---|---|---|
| 15.<br><br>(Df. #15) | a temperature of about 540°C at about 5 minutes<br><br>**Claims**<br><br>9,528,262 B2<br>I1, I24, I33<br><br>9,644,368 B1<br>I1, I8, I15<br><br>9,670,666 B1<br>I1, I26, I38, I42, I52 | a temperature of approximately 540°C at approximately 5 minutes<br><br>**Intrinsic Evidence / Extrinsic Evidence**<br><br>Patents-in-suit:<br>8,739,495C1 6:40-55;<br>9,528,262B2 6:54 to 7:3;<br>9,644,368B1 6:54 to 7:3;<br>9,670,666B1 8:58 to 9:11; and<br>9,637,915B1 11:45-65.<br><br>Technical Documents:<br>UL 2079 (2008), Sections 11, 16.5 and 23 (Exhibit Q).<br><br>Prosecution History:<br>Schul's Request for Reexam of 8,739,495B1, pages 8-9, 60 (Exhibit GG);<br>Reexam of related 8,813,450 B1 (90/013,511), October 23, 2015 Office Action, pages 3-6 (Exhibit P);<br>Patent Owner's Response to Petition for Post-Grant Review of 9,528,262B2, dated January 10, 2018, pages 15-22, 29-33, 66-69, 69-72 (Exhibit K);<br>PTO Decision to Institute Post-Grant Review of 9,528,262B2, dated April 9, 2018, pages 32-43 (Exhibit L); and<br>Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 16-22, 28-31, 61-64, and | | |

24

| | | | | |
|---|---|---|---|---|
| | | 68-72 (Exhibit M).<br><br>Patent Documents:<br>9,803,357B1 3:5-15, 3:65 to 4:2, 18:5-15 (Exhibit D); and<br>US 2018/0148922A1 [0044], [0047] (Exhibit V).<br><br>Other Authority:<br>*Patent Claim Construction in the Federal Circuit*, 2018 Edition, pages 1357-1360 (Exhibit HH).<br><br>Experts:<br>Overview of fire endurance testing and what it means to perform acceptability under UL 2079, and "to pass" UL 2079<br>Industry Experts – Dr. Vytenis Babrauskas, Ph.D. of Fire Science and Technology Inc. (C.V. Exhibit W); and Dale R. Wheeler, P.E. of Systech Fire Protection LLC (C.V. Exhibit X);<br>Inventors – Bill Witherspoon and Lester Hensley, both of EMSEAL. | | |
| 16.<br><br>(Df. #16) | a temperature of about 540$^{o}$C or greater for about 5 minutes<br><br><br>**Claims**<br><br><br>8,739,495 C1 | a temperature of approximately 540$^{o}$C or greater for approximately 5 minutes<br><br><br>**Intrinsic Evidence / Extrinsic Evidence**<br><br><br>Patents-in-suit: | | |

| | | | |
|---|---|---|---|
| I1, I25, I33, I38, I41, I42 | 8,739,495C1 6:40-55; 9,528,262B2 6:54 to 7:3; 9,644,368B1 6:54 to 7:3; 9,670,666B1 8:58 to 9:11; and 9,637,915B1 11:45-65.<br><br>Technical Documents: UL 2079 (2008), Sections 11, 16.5 and 23 (Exhibit Q).<br><br>Prosecution History: Schul's Request for Reexam of 8,739,495B1, pages 8-9, 60 (Exhibit GG); Reexam of related 8,813,450 B1 (90/013,511), October 23, 2015 Office Action, pages 3-6 (Exhibit P); Patent Owner's Response to Petition for Post-Grant Review of 9,528,262B2, dated January 10, 2018, pages 15-22, 29-33, 66-69, 69-72 (Exhibit K); PTO Decision to Institute Post-Grant Review of 9,528,262B2, dated April 9, 2018, pages 32-43 (Exhibit L); and Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 16-22, 28-31, 61-64, and 68-72 (Exhibit M).<br><br>Patent Documents: 9,803,357B1 3:5-15, 3:65 to 4:2, 18:5-15 (Exhibit D); and US 2018/0148922A1 [0044], [0047] (Exhibit | | |

| | | | | |
|---|---|---|---|---|
| | | V).<br><br>Other Authority:<br>*Patent Claim Construction in the Federal Circuit*, 2018 Edition, pages 1357-1360 (Exhibit HH).<br><br>Experts:<br>Overview of fire endurance testing and what it means to perform acceptability under UL 2079, and "to pass" UL 2079<br>Industry Experts – Dr. Vytenis Babrauskas, Ph.D. of Fire Science and Technology Inc. (C.V. Exhibit W); and Dale R. Wheeler, P.E. of Systech Fire Protection LLC (C.V. Exhibit X);<br>Inventors – Bill Witherspoon and Lester Hensley, both of EMSEAL. | | |
| 17.<br><br>(Df. #17) | a temperature of about 1010$^{o}$C at about two hours<br><br>**Claims**<br><br>9,528,262 B2<br>D5, I13, D21, D26, D35<br><br>9,644,368 B1<br>D5, D12, D17<br><br>9,670,666 B1<br>D21, D35, D47, D57<br><br>9,637,915 B1 | a temperature of approximately 1010$^{o}$C at approximately two hours<br><br>Patents-in-suit:<br>8,739,495C1 6:40-55; 9,528,262B2 6:54 to 7:3; 9,644,368B1 6:54 to 7:3; 9,670,666B1 8:58 to 9:11; and 9,637,915B1 11:45-65.<br><br>Technical Documents:<br>UL 2079 (2008), Sections 11, 16.5 and 23 (Exhibit Q).<br><br>Prosecution History: | | |

| | | | |
|---|---|---|---|
| D21, D32 | Schul's Request for Reexam of 8,739,495B1, pages 8-9, 60 (Exhibit GG); Reexam of related 8,813,450 B1 (90/013,511), October 23, 2015 Office Action, pages 3-6 (Exhibit P); Patent Owner's Response to Petition for Post-Grant Review of 9,528,262B2, dated January 10, 2018, pages 15-22, 29-33, 66-69, 69-72 (Exhibit K); PTO Decision to Institute Post-Grant Review of 9,528,262B2, dated April 9, 2018, pages 32-43 (Exhibit L); and Patent Owner's Response to Petition for Post-Grant Review of 9,644,368B1, dated May 23, 2018, pages 16-22, 28-31, 61-64, and 68-72 (Exhibit M).<br><br>Patent Documents:<br>9,803,357B1 3:5-15, 3:65 to 4:2, 18:5-15 (Exhibit D); and US 2018/0148922A1 [0044], [0047] (Exhibit V).<br><br>Other Authority:<br>*Patent Claim Construction in the Federal Circuit*, 2018 Edition, pages 1357-1360 (Exhibit HH).<br><br>Experts:<br>Overview of fire endurance testing and what it means to perform acceptability under UL | | |

| | | | | |
|---|---|---|---|---|
| | | 2079, and "to pass" UL 2079<br>Industry Experts – Dr. Vytenis Babrauskas, Ph.D. of Fire Science and Technology Inc. (C.V. Exhibit W); and Dale R. Wheeler, P.E. of Systech Fire Protection LLC (C.V. Exhibit X);<br>Inventors – Bill Witherspoon and Lester Hensley, both of EMSEAL. | | |